IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18–02–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSE AGUIRRE-MORALES, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on April 4, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jose Aguirre-Morales' guilty plea after Aguirre-Morales appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to illegal reentry in violation

1

of 18 U.S.C. §§ 1326(a) and (b)(2), as set forth in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 19), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jose Aguirre-Morales' motion to change plea (Doc. 12) is GRANTED and Jose Aguirre-Morales is adjudged guilty as charged in the Indictment.

DATED this 20th day of April, 2018.

Dana L. Christensen, Chief District Judge
United States District Court